IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ACEL INTERNATIONAL, LLC and
GARY S. HUNTER

v.  C.A. NO. 14-5971

TERI PLUMMER MCCLURE,
UNITED PARCEL SERVICE

ORDER

AND NOW, this 2nd day of April, 2015, upon consideration of the defendants' motion to dismiss and no response by the plaintiff, it is hereby ORDERED that:

1. Acel International, Inc. is STRICKEN as a plaintiff in this action.

2. The motion to dismiss [Doc. 4] is GRANTED.

3. The Complaint is DISMISSED as to both defendants with prejudice.

BY THE COURT:

JEFFREY L. SCHMEHL, J.